MILLS LUMBER COMPANY *v.* MILAM, trustee.

ATKINSON, Justice. 1. The action was originally for cancellation, injunction, and damages for cutting timber, and for an accounting, with reference thereto. By amendment it was alleged that the property had been sold under exercise of a power of sale contained in the deed of trust held by the plaintiff, but that in making the sale the trustee retained the claim for damages and is now proceeding upon the basis of the claim for damages. In these circumstances all equity features of the case have been eliminated by amendment; and there being no other basis for jurisdiction of the writ of error by the Supreme Court, the

case will be transferred to the Court of Appeals, which has jurisdiction. *Brightwell* v. *Oglethorpe Telephone Co.*, 176 *Ga.* 65 (166 S. E. 646); *Brandt* v. *Buckley*, 151 *Ga.* 582 (107 S. E. 773); *United States Fidelity & Guaranty Co.* v. *Koehler*, 161 *Ga.* 934 (132 S. E. 64); *Coats* v. *Casey*, 162 *Ga.* 236 (133 S. E. 237).

*Transferred to Court of Appeals. All the Justices concur.*

No. 11701. JUNE 16, 1937.

*William A. Ingram* and *Herschel Parham,* for plaintiff in error. *Finley & Henson* and *Neel & Ault,* contra.